**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lundgren Bros. Construction, Inc.,

        Plaintiff,

v.

Structures Unlimited, Inc., Custom Design
and Drafting, Inc., Terry Lloyd, Wayne Lloyd,

        Defendants.

Civil No. 05-1123 (RHK/AJB)

**ORDER**

---

Pursuant to the Stipulation of Dismissal (Doc. No. 28), **IT IS ORDERED** that all claims in the above action are **DISMISSED WITH PREJUDICE**.

Dated: March 2, 2006

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge